Commonwealth, Appellant, *v*. Falgiani.

Submitted November 17, 1975. Before WATKINS, P. J., JACOBS, HOFFMAN, CERCONE, PRICE, VAN DER VOORT, and SPAETH, JJ.

*Charles W. Johns* and *Robert L. Eberhardt,* Assistant District Attorneys, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellant.

*Stephen P. Swem,* Trial Defender, *John J. Dean,* Chief, Appellate Division, and *Ralph J. Cappy,* Public Defender, for appellee.

OPINION PER CURIAM, February 2, 1976:

Appellant was charged with two misdemeanors: operating a motor vehicle while license is under suspension and resisting arrest. At the preliminary hearing,

the magistrate dismissed the resisting arrest charge, and appellant was bound over on the other charge. Thereafter, the appellant filed a pretrial motion to quash the indictment. Because the lower court found that *Commonwealth v. Campana,* 452 Pa. 233, 304 A. 2d 432 (1973), vacated on other grounds 414 U.S. 808, on remand 455 Pa. 622, 314 A. 2d 854 (1974), required the dismissal of all charges arising out of the same criminal episode upon the dismissal of one, it granted appellant's motion. The Commonwealth appeals.

*Commonwealth v. Campana,* supra, requires only that all charges arising out of the same criminal transaction be brought at the same time. There is no requirement that the dismissal of one charge necessitates the dismissal of the remaining charges. The Commonwealth complied fully with *Campana* in the instant case.

Order reversed and case remanded for trial.